**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7473**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GREGORY A. MILTON, a/k/a G,

Defendant – Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg. Samuel G. Wilson, District Judge. (5:95-cr-70074-sgw-1)

Submitted: October 14, 2008      Decided: October 20, 2008

Before KING, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gregory A. Milton, Appellant Pro Se.  Thomas Jack Bondurant, Jr., Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory A. Milton appeals the district court's orders denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2000), and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Milton, No. 5:95-cr-70074-sgw-1 (W.D. Va. July 9 & 24, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED